UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE ANTONIO JIMENEZ *et al*,

                           Plaintiffs,

           -against-

CANADA TRANSPORT MANIC, INC.
*et al*,

                           Defendants.

**23 Civ. No. 3140 (LJL) (GS)**

**PRE-SETTLEMENT
CONFERENCE ORDER**

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference on **Monday, November 27, 2023 at 11:00 a.m.**, at which time the parties will be directed to advise the Court as to the status of this matter.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 745 328 054#.**

      **SO ORDERED.**

DATED:    New York, New York
                November 16, 2023

                                                               */s/ Gary Stein*
                                                              GARY STEIN
                                                              United States Magistrate Judge