**MEMO ENDORSED** 

Beverly M. Barr  
Attorney at Law  
Admitted in NJ, NY

914-358-3290  
Fax: 888-811-7144  
bbarr@dmclaw.com

April 10, 2024

**VIA ECF**  
Hon. Judge Gary Stein  
U.S. Magistrate Judge  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl St.  
New York, NY 10007-1312225

Re: **Jose Antonio Jimenez et al v. Canada Transport Manic, Inc. et al**  
**23-CIV-03140 (LJM)**

Dear Hon. Judge Stein:

This firm represents the Defendants in the above captioned matter. There is a settlement conference currently scheduled for April 18, 2024. Ex parte submissions are due tomorrow. To date we have not received a settlement demand. I have followed up with Plaintiffs' counsel for a demand and was advised they are still conferring and none has been forthcoming. Under the rules for the settlement conference, my adjuster would be required to travel from Canada to attend the settlement conference. Even if a demand is provided by the end of this week, there would not be sufficient time for evaluation and authority.

We are requesting the adjuster be allowed to attend the settlement conference by video conferencing from Canada or, in the alternative, the settlement conference be adjourned to Friday May 3, 2024 so that there is sufficient time for Plaintiffs to provide a demand and for the adjuster to obtain authority.

Thank you for your consideration of this application.

Respectfully submitted,

Beverly M. Barr, Esq. (BB2665)  
Dickie McCamey & Chilcote  
Attorneys for Defendants  
bbarr@dmclaw.com  
914-358-3290

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW  
MAIN: 914-358-3290  FAX: 888-811-7144  
445 HAMILTON AVENUE, SUITE 1102 | WHITE PLAINS, NY 10601-1832 | WWW.DMCLAW.COM

CALIFORNIA | DELAWARE | MICHIGAN | NEW JERSEY  
NEW YORK | NORTH CAROLINA | OHIO  
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA

Jimenez v. Canada Transport Manic, Inc.
23-CIV-03140
April 10, 2024
Page 2

cc: Michelle Jean-Jacques, Esq.
Max S. Sverdlove, Esq.
Attorneys for Plaintiffs

BMB: lt

Defendants' request to have their insurance adjuster attend the April 18, 2024 settlement conference via remote means is GRANTED. The date of the settlement conference will remain unchanged. The Clerk of Court is respectfully directed to close Docket Number 28.

SO ORDERED.

Dated: April 11, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York